IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30187
Conference Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS CIPRANO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-3407-LLM
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Thomas Ciprano appeals from the denial of his motion to vacate, set-aside or correct sentence pursuant to 28 U.S.C. § 2255. He argues that he was not properly advised of the fact that the ultimate right to decide whether or not to testify belonged to him.

Having reviewed the record and the briefs of the parties, we find that the district court did not clearly err in finding that Ciprano had been advised several times of his right to testify on

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his own behalf, and that he voluntarily waived that right.  *See*

*United States v. Thompson*, 122 F.3d 304, 306 (5th Cir. 1997).  As

Ciprano's argument is without arguable merit, the appeal is thus

frivolous and is dismissed pursuant to 5th Cir. R. 42.2.

DISMISSED.